JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTER BAILEY,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>4420 S Broadway LLC, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-00234-FLA (MARx)<br><br>**ORDER DISMISSING ACTION [DKT. 17]** |

1

On April 9, 2024, Plaintiff filed a Notice of Voluntary Dismissal of Entire Action with Prejudice ("Notice"), dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. 17. Having considered the Notice and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: April 10, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge

2